United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 17-12268-ref
Susan Louise Hunt                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR           Page 1 of 1           Date Rcvd: Oct 11, 2017
                              Form ID: trc          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
13952069        CitiMortgage, Inc.,    P.O. Box 6030,    Sioux Falls, SD 57117-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
```
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        JEREMY JOHN KOBESKI    on behalf of Creditor    CitiMortgage, Inc, paeb@fedphe.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    CitiMortgage, Inc, bkgroup@kmllawgroup.com
        THOMAS J. BLESSINGTON    on behalf of Creditor    Commonwealth of PA, Bureau of Consumer Protection
         tblessington@attorneygeneral.gov,  tblessington@attorneygeneral.gov
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    CitiMortgage, Inc, pa.bkecf@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. pa.bkecf@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM D. SCHROEDER, JR    on behalf of Debtor Susan Louise Hunt schroeder@jrlaw.org,
         Healey@jrlaw.org
                                                                           TOTAL: 11
```

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12268-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Susan Louise Hunt
1037 Leanne Street
Reading PA 19605

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/10/2017.

Name and Address of Alleged Transferor(s):

Claim No. 5: CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030

Name and Address of Transferee:

Nationstar Mortgage LLC
d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/13/17

Tim McGrath
**CLERK OF THE COURT**