UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Susan Louise Hunt           :        Chapter 13
                                     :
                                     :
            Debtor                   :        No.:   17-12268-ref

# CERTIFICATE OF SERVICE

I, William D. Schroeder, Jr., attorney for debtor, hereby certify that on January 11, 2018, I sent Debtor's First Amended Chapter 13 Plan by first class mail or by electronic means to the following parties. Parties served by the court via ECF electronic notification are not also being served by regular mail:

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Jerome Blank, Attorney
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Attorney for Wells Fargo Bank, NA

Keri P. Ebeck, Attorney
Sun Federal Credit Union
c/o Weltman, Weinberg & Reis Co., LPA
436 Seventh Avenue, Ste 2500
Pittsburgh, PA 15219
kebeck@weltman.com

Commonwealth of Pennsylvania
Pennsylvania Office of
Attorney General, BCP
Strawberry Square, 15th Floor
Harrisburg, PA 17120

Thomas J. Blessington
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Bureau of Consumer Protection
21 South 12th Street, 2nd Floor
Philadelphia, PA 19107
tblessington@attorneygeneral.gov

Nationstar Mortgage LLC
d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261

Kimberly Molina
Bankruptcy Specialist
CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD 57117-6030

Tompkins VIST Bank
Loan Servicing
PO Box 6569
Ithaca, NY 14851

Susan Hunt
1037 Leanne Street
Reading, PA 19605

Trustee Frederick L. Reigle
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion3.PH.ECF@usdoj.gov

All creditors on Matrix

/s/ William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtors
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org