UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Susan Louise Hunt | : | Chapter 13 |
| | : | |
| | : | |
| Debtor/Movant | : | No.:   17-12268-ref |
| | : | |
| | : | |
| Commonwealth of Pennsylvania and | : | |
| Frederick L. Reigle | : | |
| Respondents | : | |

### CERTIFICATE OF SERVICE

    I, William D. Schroeder, Jr., attorney for debtor, hereby verify that on March 22, 2018, I sent debtors' Motion to Value Claim filed at docket #34 and Notice of Motion, Response Deadline and Hearing Date docket #35 by first class mail or electronic means to the following parties. Parties served by the court via ECF electronic notification are not also being served by regular mail:

Pennsylvania Office of
Attorney General, BCP
Commonwealth of Pennsylvania
Strawberry Square, 15th Floor
Harrisburg, PA 17120

Thomas J. Blessington
Senior Deputy Attorney General
Pennsylvania Office of Attorney General
Bureau of Consumer Protection
21 South 12th Street, 2nd Floor
Philadelphia, PA 19107

Susan Hunt
1037 Leanne Street
Reading, PA 19605

Trustee Frederick L. Reigle
Chapter 13 Standing Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

                                            /s/William D. Schroeder, Jr.
                                            William D. Schroeder, Jr.
                                            Attorney for Debtor
                                            920 Lenmar Drive
                                            Blue Bell, PA 19422
                                            (215) 822-2728
                                            schroeder@jrlaw.org