IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SUSAN LOUISE HUNT | : | Bankruptcy No. 17-12268 |
| | : | |
| Debtor | : | |

## ORDER VALUING CLAIM #4
## OF THE COMMONWEALTH OF PENNSYLVANIA

AND NOW, this __19__ day of __April__, 2018, it is found that Claim Number 4 of the Commonwealth of Pennsylvania, Acting by the Office of Attorney General, in the amount of $249,435.62 is secured in the amount of $22,327.92 and the balance of $227,107.70 is unsecured.

_____ J.

Debtor:
Susan Louise Hunt
1037 Leanne Street
Reading, PA 19605

Attorney for Debtor, Susan Louise Hunt:
William D. Schroeder, Jr.
920 Lenmar Drive
Blue Bell, PA 19422

Trustee:
Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

U.S. Trustee:
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Thomas J. Blessington
Senior Deputy Attorney General
Commonwealth of Pennsylvania