## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan Louise Hunt aka Susan L. Hunt<br>　　　　　　　　　　Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　　Movant<br>　　vs.<br>Susan Louise Hunt aka Susan L. Hunt<br>　　　　　　　　　　Debtor | NO. 17-12268-REF |
| Frederick L. Reigle, Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

### **ORDER**

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the Exhibits of the original Transfer of Claim filed October 10, 2017 regarding Claim 5;

It is further, ORDERED that the Court shall substitute the corrected Exhibits with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037, attached to the Moltion as Exhibit A.

**Date: July 2, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
cc: See attached service list　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Susan Louise Hunt aka Susan L. Hunt
1037 Leanne Street
Reading, PA 19605

William D. Schroeder, Jr, Esq.
920 Lenmar Drive
Blue Bell, PA 19422

Frederick L. Reigle, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532