United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12268-ref
Susan Louise Hunt                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Jul 02, 2018
                Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
db             +Susan Louise Hunt,    1037 Leanne Street,    Reading, PA 19605-3272
13996153      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   PO Box 619096,
                   Dallas, TX 75261)
13976057       +Nationstar Mortgage LLC,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-2312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2018 02:48:42      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                      Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2018 at the address(es) listed below:
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
      JEREMY JOHN KOBESKI    on behalf of Creditor    CitiMortgage, Inc, paeb@fedphe.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MARIO J. HANYON    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    CitiMortgage, Inc, bkgroup@kmllawgroup.com
      THOMAS J. BLESSINGTON    on behalf of Creditor    Commonwealth of PA, Bureau of Consumer Protection
       tblessington@attorneygeneral.gov,    tblessington@attorneygeneral.gov
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    CitiMortgage, Inc, paeb@fedphe.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM D. SCHROEDER, JR    on behalf of Debtor Susan Louise Hunt schroeder@jrlaw.org,
       Healey@jrlaw.org
                                                                TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Susan Louise Hunt aka Susan L. Hunt<br>          Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>          Movant<br>    vs. | |
| Susan Louise Hunt aka Susan L. Hunt<br>          Debtor | NO. 17-12268-REF |
| Frederick L. Reigle, Esq.<br>          Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the Exhibits of the original Transfer of Claim filed October 10, 2017 regarding Claim 5;

It is further, ORDERED that the Court shall substitute the corrected Exhibits with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037, attached to the Moltion as Exhibit A.

**Date: July 2, 2018**

cc: See attached service list

United States Bankruptcy Judge.

Susan Louise Hunt aka Susan L. Hunt
1037 Leanne Street
Reading, PA 19605

William D. Schroeder, Jr, Esq.
920 Lenmar Drive
Blue Bell, PA 19422

Frederick L. Reigle, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532