# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Susan Louise Hunt aka Susan L. Hunt<br>                              Debtor<br><br>NATIONSTAR MORTGAGE LLC<br>                              Movant<br>        vs.<br><br>Susan Louise Hunt aka Susan L. Hunt<br>                              Debtor<br><br>Frederick L. Reigle, Esq.<br>                              Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-12268 REF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion of NATIONSTAR MORTGAGE LLC for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about May 30, 2018 (Doc. No. 50).

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

July 18, 2018