| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-12268-PMM**

SUSAN LOUISE HUNT  
1037 LEANNE STREET  
READING  PA    19605

Petition Filed Date: 03/31/2017  
341 Hearing Date: 06/13/2017  
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,600.00 | | 02/05/2019 | $1,600.00 | | 03/04/2019 | $1,600.00 | |
| 03/04/2019 | $400.00 | | 04/02/2019 | $1,600.00 | | 04/29/2019 | $1,600.00 | |
| 05/31/2019 | $1,600.00 | | 07/08/2019 | $1,600.00 | | 07/08/2019 | $400.00 | |
| 08/05/2019 | $1,600.00 | | 09/03/2019 | $1,600.00 | | 10/01/2019 | $1,600.00 | 6216318000 |
| 11/01/2019 | $1,600.00 | 6296403000 | 12/02/2019 | $1,600.00 | 6365586000 | 12/31/2019 | $1,600.00 | 6441690000 |
| 02/05/2020 | $1,600.00 | 6520207000 | 02/05/2020 | $400.00 | 6520207007Ot| | 03/03/2020 | $1,600.00 | 6610433000 |
| 04/02/2020 | $1,600.00 | 6682471000 | 04/27/2020 | $1,600.00 | 6743068000 | 05/28/2020 | $1,600.00 | 6819776000 |
| 07/06/2020 | $1,600.00 | 6917670000 | 08/03/2020 | $1,600.00 | 6981155000 | | | |

**Total Receipts for the Period: $33,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $55,997.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | COMMONWEALTH OF PENNSYLVANIA »» 04S | Secured Creditors | $24,945.95 | $24,945.95 | $0.00 |
| 4 | COMMONWEALTH OF PENNSYLVANIA »» 04U | Unsecured Creditors | $227,107.70 | $18,862.35 | $208,245.35 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $1,661.28 | $127.93 | $1,533.35 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $1,343.11 | $103.43 | $1,239.68 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 008 | Unsecured Creditors | $4,245.87 | $352.64 | $3,893.23 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $244.68 | $15.90 | $228.78 |
| 6 | MOMA FUNDING LLC »» 006 | Unsecured Creditors | $636.49 | $49.03 | $587.46 |
| 5 | NATIONSTAR MORTGAGE LLC »» 005 | Mortgage Arrears | $1,967.69 | $1,967.69 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $3,035.02 | $252.08 | $2,782.94 |
| 2 | SUN FEDERAL CREDIT UNION »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO BANK NA »» 001 | Mortgage Arrears | $1,518.91 | $1,518.91 | $0.00 |

**Chapter 13 Case No. 17-12268-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,997.08 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $48,195.91 | Arrearages: | ($1,200.00) |
| Paid to Trustee: | $4,894.73 | Total Plan Base: | $86,797.08 |
| Funds on Hand: | $2,906.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.