| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12268-PMM**

SUSAN LOUISE HUNT  
1037 LEANNE STREET  
READING  PA    19605

Petition Filed Date: 03/31/2017  
341 Hearing Date: 06/13/2017  
Confirmation Date: 05/24/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $1,600.00 | 6520207000 | 02/05/2020 | $400.00 | 6520207007Ot | 03/03/2020 | $1,600.00 | 6610433000 |
| 04/02/2020 | $1,600.00 | 6682471000 | 04/27/2020 | $1,600.00 | 6743068000 | 05/28/2020 | $1,600.00 | 6819776000 |
| 07/06/2020 | $1,600.00 | 6917670000 | 08/03/2020 | $1,600.00 | 6981155000 | 09/01/2020 | $1,600.00 | 7052575000 |
| 09/29/2020 | $1,600.00 | 7119172000 | 11/02/2020 | $1,600.00 | 7201229000 | 12/03/2020 | $1,600.00 | 7272495000 |
| 01/04/2021 | $1,600.00 | 7343039000 | 02/03/2021 | $1,600.00 | 7429956000 | 03/02/2021 | $1,600.00 | 7493619000 |
| 04/05/2021 | $1,600.00 | 7559820000 | 04/05/2021 | $300.00 | 7559820007Ot | 04/30/2021 | $1,600.00 | 7634113000 |
| 06/01/2021 | $1,600.00 | 7699309000 | 06/01/2021 | $400.00 | 7699309007Ot | | | |

**Total Receipts for the Period:  $28,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $72,697.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | COMMONWEALTH OF PENNSYLVANIA<br>»» 04S | Secured Creditors | $24,945.95 | $24,945.95 | $0.00 |
| 4 | COMMONWEALTH OF PENNSYLVANIA<br>»» 04U | Unsecured Creditors | $227,107.70 | $33,127.94 | $193,979.76 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,661.28 | $229.98 | $1,431.30 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $1,343.11 | $185.98 | $1,157.13 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 008 | Unsecured Creditors | $4,245.87 | $619.35 | $3,626.52 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 009 | Unsecured Creditors | $244.68 | $32.38 | $212.30 |
| 6 | MOMA FUNDING LLC<br>»» 006 | Unsecured Creditors | $636.49 | $80.19 | $556.30 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $1,967.69 | $1,967.69 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $3,035.02 | $442.70 | $2,592.32 |
| 2 | SUN FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO BANK NA<br>»» 001 | Mortgage Arrears | $1,518.91 | $1,518.91 | $0.00 |

Chapter 13 Case No. 17-12268-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $72,697.08 | Current Monthly Payment: | $1,600.00 |
| Paid to Claims: | $63,151.07 | Arrearages: | ($1,900.00) |
| Paid to Trustee: | $6,219.73 | Total Plan Base: | $86,797.08 |
| Funds on Hand: | $3,326.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.