United States Bankruptcy Court

Eastern District of Pennsylvania

In re:            Case No. 17-12268-pmm

Susan Louise Hunt            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: admin            Page 1 of 3

Date Rcvd: Sep 30, 2021            Form ID: 138OBJ            Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Louise Hunt, 1037 Leanne Street, Reading, PA 19605-3272 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13915339 | | American Express Centurion Bank, c/o Becket and Lee LLP, P.O. Box 3001, Malvern, PA 19355-0701 |
| 13893212 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 13955157 | + | CitiMortgage, Inc,, c/o Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 13915348 | + | Commonwealth of Pennsylvania, att'n: Thomas J. Blessington, BCP, 21 S. 12th Street, 2nd Floor, Philadelphia, PA 19107-3614 |
| 13893219 | + | Commonwealth of Pennsylvania, Financial Enforcement Section, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 13951694 | + | Commonwealth of Pennsylvania,, Office of Attorney General, Bureau of Consumer Protection, Attention: SDAG John M. Abel, Strawberry Square, 15th Floor Harrisburg, PA 17120-0001 |
| 13893221 | | Mette, Evans & Woodside, 3401 North Front Street, P.o. Box 5950, Harrisburg, PA 17110-0950 |
| 13996153 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261 |
| 13976057 | + | Nationstar Mortgage LLC, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 13893222 | + | Sun Federal Credit Union, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 13893224 | + | Tompkins VIST Bank, Loan Servicing, PO Box 6569, Ithaca, NY 14851-6569 |
| 13893225 | + | Tompkins/VIST Bank, PO Box 6569, Ithaca, NY 14851-6569 |
| 13907245 | #+ | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 13907278 | + | Wells Fargo Bank, N.A., c/o Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14563916 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 13893226 | + | Wells Fargo Bank, NA, Attn: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2021 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 30 2021 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13893213 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 30 2021 23:57:36 | Capital One, Bankruptcy Claims, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13893216 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2021 23:57:46 | Citi Card, PO Box 6062, Sioux Falls, SD 57117 |
| 13952069 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 00:11:51 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |

Case 17-12268-pmm  Doc 66  Filed 10/02/21  Entered 10/03/21 00:39:13  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: 138OBJ | Total Noticed: 39 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 13893217 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2021 00:12:01 | CitiMortgage, Inc., Bankruptcy Servicing Center, P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 13893218 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2021 23:53:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 13893214 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 23:57:44 | Cardmember Service, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13893215 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 30 2021 23:57:39 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 13893220 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2021 23:53:00 | Kohl's, Capital One, N.A., Post Office Box 3043, Milwaukee, WI 53201-3043 |
| 13947614 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 23:57:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13973640 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 30 2021 23:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13982023 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2021 23:57:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13967716 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2021 23:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13915351 | + | Email/Text: consumerlending@sunfcu.org | Sep 30 2021 23:53:00 | Sun Federal Credit Union, 1627 Holland Road, Maumee, OH 43537-1622 |
| 13894576 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13893223 | | Email/PDF: gecsedi@recoverycorp.com | Sep 30 2021 23:57:44 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13915340 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 13915341 | * | Capital One, Bankruptcy Claims, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13915344 | * | Citi Card, PO Box 6062, Sioux Falls, SD 57117 |
| 13915345 | * | CitiMortgage, Inc., Bankruptcy Servicing Center, P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 13915346 | * | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 13915347 | *+ | Commonwealth of Pennsylvania, Financial Enforcement Section, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 13915342 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Cardmember Service, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13915343 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 13915349 | * | Kohl's, Capital One, N.A., Post Office Box 3043, Milwaukee, WI 53201-3043 |
| 13915350 | * | Mette, Evans & Woodside, 3401 North Front Street, P.o. Box 5950, Harrisburg, PA 17110-0950 |
| 13915352 | * | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 13915353 | *+ | Tompkins VIST Bank, Loan Servicing, PO Box 6569, Ithaca, NY 14851-6569 |
| 13915354 | *+ | Tompkins/VIST Bank, PO Box 6569, Ithaca, NY 14851-6569 |
| 13915355 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2021 | Form ID: 138OBJ | Total Noticed: 39 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2021          Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEREMY J. KOBESKI | on behalf of Creditor CitiMortgage  Inc, jkobeski@grenenbirsic.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor CitiMortgage  Inc, bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor CitiMortgage  Inc, tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com |
| THOMAS J. BLESSINGTON | on behalf of Creditor Commonwealth of PA  Bureau of Consumer Protection tblessington@attorneygeneral.gov, tblessington@attorneygeneral.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor Susan Louise Hunt schroeder@jrlaw.org  Healey@jrlaw.org |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Susan Louise Hunt
    Debtor(s)

Case No: 17−12268−pmm
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/30/21

64 − 63
Form 138OBJ