United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-12268-pmm

Susan Louise Hunt                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 15, 2021 | Form ID: 195 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Louise Hunt, 1037 Leanne Street, Reading, PA 19605-3272 |
| cr | + | Wells Fargo Bank, N.A., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Suite 130, Mt. Laurel, NJ 08054 UNITED STATES 08054-1218 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2021 23:42:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEREMY J. KOBESKI | on behalf of Creditor CitiMortgage  Inc, jkobeski@grenenbirsic.com |
| LISA MARIE CIOTTI | |

District/off: 0313-4                           User: admin                              Page 2 of 2
Date Rcvd: Dec 15, 2021                      Form ID: 195                           Total Noticed: 3

on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON

on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ

on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor CitiMortgage  Inc, bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)

ECFMail@ReadingCh13.com

THOMAS SONG

on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com

THOMAS SONG

on behalf of Creditor CitiMortgage  Inc, tomysong0@gmail.com

THOMAS J. BLESSINGTON

on behalf of Creditor Commonwealth of PA  Bureau of Consumer Protection tblessington@attorneygeneral.gov,
tblessington@attorneygeneral.gov

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR

on behalf of Debtor Susan Louise Hunt schroeder@jrlaw.org  Healey@jrlaw.org


TOTAL: 12

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              : Chapter 13


Susan Louise Hunt                                       : Case No. 17−12268−pmm
           Debtor(s)


### *ORDER*
_____


       AND NOW, this day , 15th of December, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


       ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                              By The Court

                              Patricia M. Mayer
                              Judge , United States Bankruptcy Court